**Order entered March 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01288-CR

**EMMY BACKUSY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-54232-N**

## ORDER

Appellant was convicted of aggravated sexual assault of a child. Although appellant generally refers to the victim by initials in his brief, in at least two instances, he uses her name. He also uses the name of a sibling. Accordingly, we **STRIKE** appellant's brief filed March 8, 2018.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the victim and all children under the age of eighteen either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Allan Fishburn and the Dallas County District Attorney's Office.

/s/    LANA MYERS
        JUSTICE